Marshall Solberg, appellant, v. William Gaertner, appellee. Gen. No. 30,065.

Motion to vacate default judgment. Judgment vacated. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed and remanded with directions. Opinion filed October 28, 1925.

Hummeland, Winslow, Appell & Winans, for appellant; A. J. W. Appell, of counsel. O'Donnell & Toolen, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Frank Olenek by John Olenek, appellee, v. Amber Furniture Company, appellant. Gen. No. 30,105.

Action by minor to recover money paid as purchase price of household furniture. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Mathew D. Hartigan, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed October 28, 1925.

Schoenbrod & Rosengard, for appellant. Oscar G. Wahlgren, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Minnie Giebel, appellee, v. Frederick W. Rahn and Johanna Rahn, appellants. Gen. No. 29,802.

Action for personal injuries sustained in fall from porch. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Rathje, Wesemann, Hinckley & Barnard, for appellants. Brundage & Gorman, for appellee; Ferdinand J. Karasek, of counsel.

Mr. Justice Taylor delivered the opinion of the court.

---

Lottie Nath et al., appellees, v. Bernstein Furniture Company, appellant. Gen. No. 29,832.

Action to recover possession of certain real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William L. Morgan, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed October 28, 1925.

Schoenbrod & Rosengard, for appellant. Sonnenschein, Berkson, Lautmann & Levinson, for appellees.

Mr. Justice Taylor delivered the opinion of the court.

---

Rose Stone, appellee, v. Mary E. Lax, appellant. Gen. No. 29,847.

Action on promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. John A. Swanson, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1924. Affirmed. Opinion filed October 28, 1925.

Robert D. Melick, for appellant. Willis Melville, for appellee.

Mr. Justice Taylor delivered the opinion of the court.